**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED

NOV 7 2013
MB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CharLes Starnes
BRian Ashcroft

(enter above the full name
of the plaintiff or plaintiffs in
this action)

13CV8026
JUDGE GUZMAN
MAGISTRATE JUDGE FINNEGAN

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Tom Dart

John Murphy

Tyrone Everhart

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ _____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A.  Name: CHARLES STARNES

   B.  List all aliases: NONE

   C.  Prisoner identification number: #20120825201

   D.  Place of present confinement: COOK COUNTY DEPARTMENT OF CORRECTIONS

   E.  Address: 2650 S. CALIFORNIA AVE. CHICAGO, IL. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.  Defendant: TOM DART

   Title: SHERIFF (COOK COUNTY)

   Place of Employment: COOK COUNTY DEPARTMENT OF CORRECTIONS

   B.  Defendant: JOHN MURPHY

   Title: DIRECTOR

   Place of Employment: COOK COUNTY DEPARTMENT OF CORRECTIONS

   C.  Defendant: TYRONE EVERHART

   Title: SUPERINTENDENT (DIVISION 5)

   Place of Employment: COOK COUNTY DEPARTMENT OF CORRECTIONS

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

I. Plaintiff(s):

A. Name : BRIAN ASHCROFT

B. List all aliases: None

C. Prisoner Identification number: 2013-0303186

D. Place of present confinement: Cook County Department of Corrections

E. Address: 2650 S. California, Chicago, IL 60608

BRIAN ASHCROFT
(PRINT NAME)

Brian Ashcroft
(SIGNATURE)

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _____
_____

B.  Approximate date of filing lawsuit: _____

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____
_____

D.  List all defendants: _____
_____
_____
_____

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.  Name of judge to whom case was assigned: _____
_____

G.  Basic claim made: _____
_____
_____

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____
_____

I.  Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

**IV.** **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

CLAIM ONE

I. PERSONAL PROPERTY BOX

I'm currently incarcerated in the Cook County Department of Corrections as a pre-trial detainee awaiting trial. I've been detained in the Cook County Department of Corrections in various divisions under the authority of Tom Dart (Sheriff) and directions of John Murphy (Director) from August 25, 2012 to this present date.

I've presently been detained in the Cook County Department of Corrections within Division 5 under the authority of Tom Dart (Sheriff), by directions of John Murphy (Director), and through the supervision of Tyrone Everhart (Superintendent) from May 2, 2013 thru November 4, 2013.

While being detained in Division 5 through the supervision of Tyrone Everhart (Superintendent of Div. 5) I was subjected and exposed to harsh as well as deplorable living conditions which were unclean and unsanitary within the cell; consisting of but not limited to the following.

According to C.C.D.O.C departmental policy and rules a pre-trial detainee should only be issued one (1) correspondence box (approx. 12×16) to store all of their personal property items. These personal property items range from Commissary

4

Revised 9/2007

purchased items, Cosmetics (hygiene products), Personal Mail, Legal Mail, Books, Periodicals, Bible or Quran, Clean Clothes, Soiled (dirty) Clothes, Medications, and etc. However, it is humanly impossible for a pre-trial detainee to store all of their personal property items in such a small correspondence box.

Therefore, this C.C.D.O.C departmental policy and rule leaves a pre-trial detainee with storing whatever personal property items that don't fit in the small correspondence box in brown paper bags lined on the floor around their cell. Creating an unclean and unsanitary enviorment for living which leads to harsh and very deplorable conditions. Such living conditions that are equivalent to living in squalor.

This C.C.D.O.C departmental policy and rule has affected me personally in the following manners. By this small correspondence box not being big and efficient to store all of my personal property items I'm left to store the remaining personal property items of mine in brown paper bags on the floor in the cell. Whereas my personal property items such as commissary purchased food has been exposed to the elements of Division 5 being a very old building which is infested with rodents (mice and/or rats) and roaches. My commissary purchased food being stored in brown paper bags on the floor has been eaten by rodents (mice and/or rats) and roaches leaving these items damaged, destroyed, and contaminated. I've even been awaken in the middle of the night to the sound of rodents rambling and rummaging through my commissary purchased food items located on the floor in the cell. Only for the rodents to run back into hiding within the cracks in the walls and door of the cell.

5

Revised 9/2007

(CLAIM ONE CONTINUED ~ PAGE 2)

Also due to Division 5 being a very old and "sick" building the toilet is leaking from the baseboard of the wall. Causing toilet water (plumbing water) to spill out all over the floor in the cell. Due to this issue and me not having the proper or adequate storage box for "all" of my personal property items to be stored. We suffered another loss. This loss consisting of personal property items such as my legal mail. I've had legal mail get wet, damaged, and destroyed from the toilet leaking water all over the cell. Whereas a dysfunctional toilet pipe and the deterioration of cinder block bricks caused this catastrophe to pertinent and vital documents pertaining to the pending charge against me. Some of the legal material will be irreplaceable before I go to trial.

I've had personal property items such as my commissary purchased food smelling and tasting like soap as well as other hygiene products from me having to store these cosmetics in the same small box (correspondence) with my food. I've had personal property items such as my clean clothes exposed to sweaty soiled (dirty) clothes by me having to store both sets of clothes in the same small correspondence box. And this cross-contamination of germs and bacteria have caused a calamity of me to break out with rashes as well as boils over some portions of my body. The end result to this C.C.D.O.C departmental policy and rule is if you don't comply with it as a pre-trial detainee you will be subjected to disciplinary actions. Which consist of sanctions and loss of privileges being levied against you for violating the departmental policies and rules. Therefore, I'm being forced to store all of my personal property items in this one (1) small correspondence box or face disciplinary actions for not being in compliance with the departmental policy and rule of the C.C.D.O.C which is unfair and inhumane. (Note: I've resided in some County Correctional Facilities and State Correctional Facilities where the Department of Justice mandate for Facilities is for a Detainee and/or inmate to be issued two (2) boxes. One (correspondence) box for legal mail, personal mail, periodicals, books, bible or quaran, and other religious material. The second (property) box for commissary purchased food, clean clothes, and hygiene products.

Above all, by me being forced to live out of a small correspondence box along with reside in a living area (cell) that is unclean, unsanitary, infected with rodents, and store all of my personal property items in this one (1) small (12×16) correspondence box is a violation of my United States of America Constitutional Rights ~ mainly the (8TH) VIII Amendment of cruel and unusual punishment being inflicted upon me on a daily basis.

I've exhausted all of my available administrative remedies in the form of "Inmate Grievance Form". And although Tyrone Everhart (Superintendent of Division 5) made an effort to rectify my complaint regarding the property box there's still been no progress made regarding my complaint. No progress in the authority of Tom Dart (Sheriff) or directions of John Murphy (Director) to change or modify the departmental policy or rule regarding personal property boxes. Create a new general order which mandates a pre-trial detainee to have proper and adequate personal property boxes to store their personal property items. Also distribute a memorandum notifying all Assistant Deputy Directors, Divisional Superintendents, and Divisional Commanders of the proper way and adequate storage for pre-trial detainee's personal property items. Because to this present date by none of these procedures being implemented or a memorandum set forth; I've still been subjected to put "all" of my personal property items in one (1) small correspondence box. Which continues to place me back at square one of having my personal property items damaged and destroyed putting me at a loss. So I'm presenting my complaint to honorable court praying that it take action.

V. | RELIEF:

Regarding "CLAIM ONE (I)" ~ Personal Property Boxes. I want the Defendants in this Complaint to be held accountable for having myself and other detainee's live in cruel conditions. Format a new Departmental Policy for Personal Property boxes. And for these Defendants to compensate me financially for the damages and loss of my personal items.



COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

P9 1/2

INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CONTROL #

2013X3599

| I This section is to be completed by Program Services staff - ONLY I (*¡ Para ser llenado solo por el personal de Program Services !*) |
|---|

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☑ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

_____
*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☑ SUPERINTENDENT: 05-Supt.
☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):*
**STARNES**

PRINT - FIRST NAME *(Primer Nombre):*
**CHARLES**

ID Number *(# de identificación):*
**# 2012-0825201**

DIVISION *(Division):*
**DIVISION 5**

LIVING UNIT *(Unidad):*
**2K**

DATE *(Fecha):*
**09 / 04 / 13**

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
* *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
* *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podra re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: - Date of Incident - Time of Incident - Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)*

(PART I of II)

I'm currently being held in custody at the Cook County Department of Corr. as a pre-trial detainee awaiting trial. According to the C.C.D.O.C rules and regulations a pre-trial detainee cell should be in strict compliance whenever they absent from the cell. Also this policy coincides with a pre-trial detainee being able to have access to the dayroom privileges. (As it should be noted: The Department of Justice-D.O.O is scheduled to do an inspection of the C.C.D.O.C) With this being stated the rules of the C.C.D.O.C are being enforced with zero tolerance and no exceptions. However, I've been informed and instructed by Sergeant Stroner of the 3-11 shift that "ALL" of my personal property should be contained in one (1) correspondence box. With this being a violation of my 8th Amend. Constitutional right.

**ACTION THAT YOU ARE REQUESTING** *(Acción que esta solicitado):*

I'm requesting to be informed of what are the rules and guidelines for the number of correspondence boxes that a pre-trial detainee being held in the custody of the Cook County Department of Corrections should have in their possession within the cell.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información de esta queja):*
R/O's ASSIGNED TO 2K AND PRE-TRIAL DETAINEES OF 2K

INMATE SIGNATURE *(Firma del Preso):*
Charles Starnes

| SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. |
|---|

CRW/PLATOON COUNSELOR (Print):
A. Durrell

SIGNATURE:
A. Durrell

DATE CRW/PLATOON COUNSELOR RECIEVED:
9 / 10 / 13

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:
/ /

(FCN-47)(NOV 11)     (WHITE COPY – PROGRAM SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

2013 X 3599

| I This section is to be completed by Program Services staff - ONLY I | (¡ Para ser llenado solo por el personal de Program Services !) |

### GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE
☑ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

### REFERRED TO:

☐ CERMAK HEALTH SERVICES
☑ SUPERINTENDENT: 05 - Supt
☐ OTHER:

## INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| STARNES | CHARLES | # 2012-0825201 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| DIVISION 5 | 2K | 09 / 04 / 13 |

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:   – Date of Incident   – Time of Incident   – Specific Location of Incident
*(Por Favor, Incluya:   Fecha Del Incidente –   Hora Del Incidente –   Lugar Específico del Incidente)*

(PART II) The issue I'm grieving does not consist of me having a problem with the rules, regulations, or policies of the C.C.D.O.C. Neither does it consist of me being in compliance with or abiding by them. The issue doesn't consist of whether or not I'm in possession of an excessive amount of property or hoarding things. The complaint of concern I'm grieving consist of what is the general order, exhibit, procedure, rule, protocol, and/or mandate for the amount of correspondence boxes to be in a pre-trial detainee possession as well as what exactly should be done with them. I find it a total violation of my Constitutional right of the VIII (8th) Amend. to be subjected to inhuman, cruel, and unusual punishment. In which this is what occurred when Sgt. Stoner of the 3-11 shift forced me to place mail/bread (commissary), clean clothes, dirty clothes (soiled), mail, legal mail, bible, cosmetics, and chewed shoes in this (1) one small box on 09/04/13 and 09/05/13.

**ACTION THAT YOU ARE REQUESTING** *(Acción que está solicitada):*  I'm requesting to be informed of as well as given a copy of the general order, rules, or policies for the number of correspondence boxes each and/or pre-trial detainee held in the custody of C.C.D.O.C. should have in their possession. And exactly what property should be stored in these boxes.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:<br>*(Nombre del personal o presos que tengan información):*<br>R/O's Assigned to 2K on 9/4/13 & 9/5/13 ALSO PRE-TRIAL DETAINEES of 2K | INMATE SIGNATURE *(Firma del Preso):*<br>Charles Starnes |

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print):<br>A. Burell | SIGNATURE:<br>A. Burell | DATE CRW/PLATOON COUNSELOR RECIEVED:<br>9/10/13 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED:<br>/ / |

(FCN-47)(NOV 11)   ●━━●    (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

☒ GRIEVANCE ☐ NON GRIEVANCE (REQUEST)

CONTROL #
2013 X 3599

INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

## INMATE INFORMATION

INMATE LAST NAME *(Apellido del Preso):* Starnes

INMATE FIRST NAME *(Primer Nombre):* Charles

ID Number *(# de Identificación):* 2012-0825201

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
**(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)**

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: Misc. Other Divisional Issues

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE *(if applicable):*

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO: *(Example: Superintendent, Cermak Health Services, Personnel):* 05-Supt.

DATE REFERRED: 9/10/13

RESPONSE BY PERSONNEL HANDLING REFERRAL: R/C me. Spoke to detainee Starnes and advising him that the orders of Sgt. Strong, all property will be stored inside the grey property boxes. (Two)

PERSONNEL RESPONDING TO GRIEVANCE *(Print):* Cmdr R. Harrison

SIGNATURE:

DIV./DEPT. V

DATE: 9/24/2013

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

SUPERINTENDENT/DIRECTOR/DESIGNEE *(Print):*

SIGNATURE:

DIV./DEPT.

DATE: / /

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box):*
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* Charles Starnes

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):* 10/4/13

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*

Yes *(Si)* ☐   No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):*

SIGNATURE *(Firma del Administrador o/su Designado(a):):*

DATE *(Fecha):* / /

INMATE SIGNATURE *(Firma del Preso):*

DATE INMATE RECEIVED APPEAL RESPONSE
*(Fecha en que el preso recibió respuesta a su apelación):* / /

(FCN 48)(NOV 11)

(WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – C.R.W./PLATOON COUNSELOR)   (PINK COPY – INMATE)

## IV. STATEMENT OF CLAIM:

CLAIM TWO

## II. INMATE WORK PROGRAM

I'm currently incarcerated in the Cook County Department of Corrections as a pre-trial detainee awaiting trial. I've been detained in the Cook County Department of Corrections in various divisions under the authority of Tom Dart (Sheriff) and directions of John Murphy (Executive Director) from August 25, 2012 to this present date.

In previous months I was detained in the Cook County Department of Corrections within Division 9 (Super-Maximum Security) under the authority of Tom Dart (Sheriff), by directions of John Murphy (Executive Director), and through the supervision of Mr. Thomas (Superintendent of Div. 9) from September 2, 2012 thru May 2, 2013. Due to pre-trial detainee's detained in Division 9 being classified as super-maximum security detainee's they are not allowed or permitted to work based upon security reasons and purposes. So by me being classified as a minimum/medium pre-trial detainee I was allowed and permitted to work in Division 9 (Super-Maximum Security) during the above aforementioned months.

While classified as a minimum/medium pre-trial detainee yet detained in Division 9 (Super-Maximum Security) through the supervision of Superintendent Mr. Thomas I assisted and helped with the daily operations,

5

up keep, and functions of this division through means of being a pre-trial detainee worker on a daily basis.

My daily job description consisted of but not limited to the following duties and tasks. My primary assignment was the 7-3 shift food cart whereas I served and feed lunch to the pre-trial detainee's detained in Division 9 on a daily basis. Based upon my job description I had to count all of the lunches, check all of the lunches to make sure every item of food was contained in the lunch, check all of the lunches to make sure they were sealed and not prone to any contamination, and then deliver the lunches to "946" (approximately) super-maximum security pre-trial detainee's to be feed everyday. After feeding these detainee's I would then have to load the lunch crates back onto the food carts to be transported back to the Central Kitchen located within the Cook County Department of Corrections facility.

My work days consisted of working four (4) hours a day, seven (7) days a week, and no off days. All at the rate of ($1.00) one dollar a day and ($7.00) seven dollars a week. You are constantly on your feet during these work hours and if you even request a off day you'll be threatened with being fired or terminated from your work assignment. It's bad enough a pre-trial detainee worker is working for a rate of wages which could be considered slave wages; it is only right and fair for a pre-trial detainee to receive their full pay for their labor. Although a pre-trial detainee isn't being forced to work they still should be eligible for off days without the threat of being fired or terminated from their work assignment.

When I wasn't performing my primary assignment I would volunteer to assist with performing other tasks which kept the daily operations of Division 9 moving in forward progress. These secondary tasks consisted of collecting pre-trial detainee's personal laundry items to be sent off to get washed. Then once they were finished getting washed I would distribute them back out to the pre-trial detainee's. I would volunteer to assist with the tasks of the sanitation detail. Whereas I would clean the showers of pre-trial detainee's by power washing

the showers, cleaning officers and/or staff washrooms, and cleaning the hallways as well as the foyers within the Division 9 facility. Also a lot of times I would be drafted against my will to perform hazardous tasks which was detrimental to my health and well being. Tasks which consisted of me having to clean pre-trial detainee tiers where human feces and urine had been thrown all over the tiers. At times I would have to go onto these tiers which was labeled as A.B.D (Abnormal Behavioral Disorder) in Division 9 (Tiers 1E & 1F). Where human feces and urine would be thrown at me and on me while I cleaned up the body fluids which had already contaminated the tiers. This treatment alone subjected me to cruel and unusual punishment while performing those job tasks. Finally, I would be drafted against my will to perform hazardous tasks which was detrimental to my health and caused me mental anguish. Tasks which consisted of me having to clean up pre-trial detainee tiers after fights and stabbings. Where blood and bodily fluids would be all over the tiers like a massacre took place. Some of these jail fights and stabbings made the headlines of local news channels. During this strenuous task I was exposed to bio-hazard materials, bacteria, and pathogens.

The end result of me being classified as a minimum/medium pre-trial detainee who was detained in a super-maximum security division (Division 9) as a worker. There were a lot of weeks which led to month(s) of me not getting paid for being a pre-trial detainee worker. I would make my complaint known to several supervising officers who were assigned to these various details about me not getting paid for my labor services and my complaint would be ignored. So by me being a pre-trial detainee worker my labor services which I contributed would go in vain because sometimes I wouldn't get paid for working. Although I'm a pre-trial detainee who is incarcerated awaiting trial. I haven't been convicted of anything concerning the current charge against me. And I'm wondering are there Labor Laws which apply to pre-trial detainees who contribute their labor services to work within the C.C.D.O.C and assist with the daily operations of the facility.

(CLAIM TWO CONTINUED ~ PAGE 4)

By me being a pre-trial detainee worker and contributing my labor to assist in the daily operation as well as function of the Cook County Department of Corrections (Division 9) and not get all of the salary I deserve for my labor services is unfair and inhumane. There were times I was worked for periods of long hours throughout the day and week like I was a robot.

Above all, by me being drafted and forced to clean up hazardous environments along with being exposed to bio-hazardous materials, bacteria, and pathogens. This too as well as my other complaint of not getting paid for my labor services is a violation of my United States of America Constitutional Rights ~ mainly the (8th) VIII Amendment of cruel and unusual punishment being inflicted upon me whenever I worked a job detail.

I've exhausted all of my available administrative remedies in the form of a "Inmate Grievance Form." And although someone from the Cook County Department of Corrections Trust Fund Office made an effort to rectify my complaint regarding my payroll discrepancy I'm still missing payments for days and weeks I worked. Also under the authority of Tom Dart (Sheriff), by directions of John Murphy (Executive Director), and through the supervision of Superintendent Mr. Thomas (Division 9) I don't have any access to or control over any payroll sheets. So for the second, why should I be penalized and go unpaid for this administration negligence as well as payroll sheets that are under their authority. As a pre-trial detainee all I can do is notify the supervising officer who assigned to the work detail to pay me for working. And it's that supervising officer responsibility to make sure I get put on the payroll sheets to get paid. So I don't think it's right for me to be held liable for my name not being put on the payroll sheet ~ it's their error. Then if I'm not getting paid for working who getting the money owed to me for my labor services.

V. RELIEF:

Regarding "CLAIM TWO (II)" ~ Inmate Work Program - I want the

( CLAIM TWO CONTINUED ) ~ PAGE 5 )

Defendants (Tom Dart ~ Sheriff and John Murphy ~ Executive Director)
to held accountable for me being a pre-trial detainee participating in the
Inmate Work Program contributing my labor services to assist with the
daily operations of the C.C.D.O.C and not getting paid. Create a database
with software to make sure all pre-trial detainee's who work are paid on
time for their labor services. And for these Defendants to compensate me
financially for my labor and hard work I contributed to assist in the daily
operations of the C.C.D.O.C. Along with being compensated for the cruel and
unusual punishment inflicted upon me by having human feces and urine
thrown on me. I'm presenting my complaint to this honorable court
praying that it take action.

Revised 9/2007

COOK COUNTY SHERIFF'S OFFICE    *Exhibit "A"*

*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**! This section is to be completed by Program Services staff - ONLY ! *(¡ Para ser llenado solo por el personal de Program Services !)***

### GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

### REFERRED TO:

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| STARNES | CHARLES | # 2012-0825201 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 9 | 3C - 3361 | 11 / 06 / 12 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

| PLEASE INCLUDE: | Date of Incident | – | Time of Incident | – | Specific Location of Incident |
|---|---|---|---|---|---|
| *(Por Favor, Incluya:* | *Fecha Del Incidente* | – | *Hora Del Incidente* | – | *Lugar Específico Del Incidente)* |

I'm currently incarcerated in Division 9 on Tier 3C which is a workers tier. I started working the 7-3 shift Food Cart approximately around September 14, 2012. So my primary assignment is the 7-3 shift food cart. The supervising officer presiding over the 7-3 shift Food Cart is Officer N. Smith. Officer N. Smith of the 7-3 shift have been submitting the payroll sheets for the 7-3 shift food cart workers to the Division 9 secretary. Then the Division 9 secretary enters the payroll for the week on the computer and sends it to the Trust Fund Office. However, I've been working the 7-3 shift food cart for 2 two months and I haven't been paid for the weeks of 9/14/12; 9/21/12; 9/28/12; 10/5/12; and 10/26/12. I'm very professional and respectful when I'm working. Also I perform my job with dignity and integrity. So I think I deserve to be paid accurately for my services in the C.C.D.O.C.

**ACTION THAT YOU ARE REQUESTING** *(Acción que esta solicitando):*

I'm requesting that my back pay salary be retroactive dating back to 9/14/12 and the Trust Fund Office (supervisor) grant me my back pay for the weeks I went unpaid while working in the Cook County Department of Corrections. Thank You Very Much.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: | INMATE SIGNATURE *(Firma del Preso):* |
|---|---|
| *Nombre del personal o presos que tengan información:* | |
| OFFICER N. SMITH OF THE 7-3 SHIFT & DIV. 9 SECRETARY-MARY | Charles Starnes |

**SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: / / |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: / / |

N-47(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

## Resident Funds Inquiry

**Current User Name:** PROGSERV <u>Logout</u>

*Exhibit "B"*

ResId: [ 20120825201 ]   [ Submit ]

**Resident Id:** 20120825201
**Resident Name:** STARNES , CHARLES
**Date of Birth:** 1973-11-12
**Location:** D93C -3 -3361

**Account Activity:**                                                                 <u>Prior History</u>

| Date | Transaction Type | Transaction Description | Amount | Balance | Due | Total |
|------|------------------|------------------------|--------|---------|-----|-------|
| 10/19/2012 | PAYROLL | PR47 10.13.12 DIV9 7.3 FOOD | 7.00 | 7.39 | 0.00 | 7.39 |
| 10/16/2012 | EPR | OID:101225485-ComisaryPurch-Reg | -6.72 | 0.39 | 0.00 | 0.39 |
| 10/15/2012 | PAYROLL | PR46 10.06.12 DIV9 7.3 FOOD | 7.00 | 7.11 | 0.00 | 7.11 |
| 9/18/2012 | EPR | OID:101199855-ComisaryPurch-Reg | -2.12 | 0.11 | 0.00 | 0.11 |
| 8/27/2012 | DEPCA | WS-00043322 | 2.23 | 2.23 | 0.00 | 2.23 |
| 8/26/2012 | BOOKED | ON THE NEW | 0.00 | 0.00 | 0.00 | 0.00 |

<u>Attn: Superintendent Thomas</u>

To whom it may concern, (<u>Officer Winfred</u>)

In regards to my first grievance the following weeks are the weeks I didn't get paid for working the 7-3 shift Food Cart within the Cook County Department of Corrections.

September 9, 2012 thru September 15, 2012
(PR 42  09.15.12)

September 16, 2012 thru September 22, 2012
(PR 43  09.22.12)

September 23, 2012 thru September 29, 2012
(PR 44  09.29.12)

(OVER)

"B"

Charles Starnes #2012-0825201

September 30, 2012 thru October 06, 2012

(PR 45    10.06.12)

October 21, 2012 thru October 27, 2012

(PR 48    10.27.12)

I'm not trying to cause any problems for myself. But I know that I'm being unfairly treated for working within the Cook County Department of Corrections. Without a doubt I should be paid for my labor and services of working the 7-3 shift Food Cart in Division 9. Although I'm working for wages that equals up to $7.00 dollars a week. I feel that I shouldn't be taken advantage of by performing labor services for free.

Once again these discrepancies in my payroll for working the 7-3 shift Food Cart in Division 9 is part impartial due to this detail not having a regular officer (Supervisor) on a weekly basis. I'm not in a position to make my complaint to a labor's union so I'm making my complaint known to the Superintendent (Mr. Thomas) of Division 9 (Super Maximum Security facility)

This makes "$35.00" dollars owed to me for my labor and working services for the 7-3 shift Food Cart in Division 9 within the Cook County Department of Corrections. Thank You for your cooperation, help, and assistance regarding this matter.

Charles Starnes #2012-0825201



## Resident Funds Inquiry
**Current User Name: PROGSERV** Logout

ResId: 20120825201    [Submit]

Resident Id: **20120825201**
Resident Name: **STARNES , CHARLES**
Date of Birth: **1973-11-12**
Location: **D93C -3 -3361**
**Account Activity:**                                               Prior History

| Date | Transaction Type | Transaction Description | Amount | Balance | Due | Total |
|------|------------------|------------------------|--------|---------|-----|-------|
| 12/18/2012 | EPR | OID:101279424-ComisaryPurch-Reg | -45.32 | 34.87 | 0.00 | 34.87 |
| 12/12/2012 | PAYROLL | PR3 12.08.12 DIV9 7.3 FOOD | 7.00 | 80.19 | 0.00 | 80.19 |
| 12/11/2012 | EPR | OID:101273083-ComisaryPurch-Reg | -41.28 | 73.19 | 0.00 | 73.19 |
| 12/10/2012 | DEPMO | 4001639 | 50.00 | 114.47 | 0.00 | 114.47 |
| 12/04/2012 | EPR | OID:101266913-ComisaryPurch-Reg | -60.14 | 64.47 | 0.00 | 64.47 |
| 11/30/2012 | PAYROLL | PR1 11.24.12 DIV9 7.3 FOOD | 7.00 | 124.61 | 0.00 | 124.61 |
| 11/27/2012 | EPR | OID:101260497-ComisaryPurch-Reg | -17.20 | 117.61 | 0.00 | 117.61 |
| 11/21/2012 | PAYROLL | PR52 11.17.12 DIV9 7.3 FOOD | 7.00 | 134.81 | 0.00 | 134.81 |
| 11/19/2012 | DEPWU | 9393229133 11/16/12 | 120.00 | 127.81 | 0.00 | 127.81 |
| 11/16/2012 | PAYROLL | PR51 11.10.12 DIV9 7.3 FOOD | 7.00 | 7.81 | 0.00 | 7.81 |
| 11/13/2012 | EPR | OID:101250370-ComisaryPurch-Reg | -38.64 | 0.81 | 0.00 | 0.81 |
| 11/08/2012 | DEPMO | 9009109812 | 25.00 | 39.45 | 0.00 | 39.45 |
| 11/07/2012 | PAYROLL | PR50 11.03.12 DIV9 7.3 FOOD | 7.00 | 14.45 | 0.00 | 14.45 |
| 11/02/2012 | PAYROLL | PR49 10.27.12 DIV9 7.3 FOOD | 7.00 | 7.45 | 0.00 | 7.45 |
| 10/30/2012 | EPR | OID:101237967-ComisaryPurch-Reg | -6.94 | 0.45 | 0.00 | 0.45 |
| 10/19/2012 | PAYROLL | PR47 10.13.12 DIV9 7.3 FOOD | 7.00 | 7.39 | 0.00 | 7.39 |
| 10/16/2012 | EPR | OID:101225485-ComisaryPurch-Reg | -6.72 | 0.39 | 0.00 | 0.39 |
| 10/15/2012 | PAYROLL | PR46 10.06.12 DIV9 7.3 FOOD | 7.00 | 7.11 | 0.00 | 7.11 |



(OVER)

Attn: Superintendent Thomas                    CHARLES STORNES 2012-0825201

To whom it may concern, (Officer Winfred)

    I'm a 7-3 shift Food Cart worker and I've been working
for approximately three (3) months. Throughout me working
there have been several weeks I haven't been paid. So I'm asking
and requesting to be paid the back pay owed to me for my services.
I would really appreciate your time, patience, and cooperation
regarding this matter. Thank You Very Much!

Weeks I haven't been paid:

November 25, 2012 thru December 1, 2012
       ( PR 2  12.01.12 )

December 9, 2012 thru December 15, 2012
       ( PR 4  12.15.12 )

December 16, 2012 thru December 22, 2012
       ( PR 5  12.22.12 )

There have been other weeks prior to these that I haven't
been paid but I've already filed a grievance for those weeks.
Due to the 7-3 shift Food Cart not having a regular officer
(Supervisor) there are weeks we go unpaid. Now it's time for
the payroll for December 23, 2012 thru December 29, 2012
( PR 6  12.29.12 ) to be submitted. So this makes "$ 28.00 "



**Exhibit "O"**

□ GRIEVANCE    ☑ NON-GRIEVANCE (REQUEST)

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CONTROL #
N/A

**! This section is to be completed by Program Services staff - ONLY !** *(¡ Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- □ EMERGENCY GRIEVANCE
- □ GRIEVANCE
- □ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**
- □ CERMAK HEALTH SERVICES
- ☑ SUPERINTENDENT: *Div 9*
- □ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

| PRINT : INMATE LAST NAME *(Apellido del Preso)*: | PRINT : FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| STARNES | CHARLES | # 2012~0825201 |
| DIVISION *(División)*: 9 | LIVING UNIT *(Unidad)*: 3C ~ 3361 | DATE *(Fecha)*: 1 . 1 . 13 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podrá re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

| PLEASE INCLUDE: *(Por Favor, Incluya:)* | Date of Incident *(Fecha Del Incidente)* | Time of Incident *(Hora Del Incidente)* | Specific Location of Incident *(Lugar Específico Del Incidente)* |
|---|---|---|---|

I'm currently incarcerated in Division 9 on tier 3C which is a workers tier. I filed a grievance previously to this one concerning myself not getting paid for working the 7-3 shift food cart. I personally gave that grievance to C.R.W Ebon to be processed. But C.R.W Ebon never signed or dated the grievance so there is really no proof on record that I filed a grievance previously to this one. However, the nature of my pilot grievance was pertaining to me not getting paid for several weeks while working the 7-3 shift food cart. And the basis of this grievance is on the same exact complaint not getting paid for several weeks. I started working the 7-3 shift food cart approximately around September 4, 2012. And to this present date there has been several weeks I've not paid for my working services. There is a major discrepancy with the payroll for the 7-3 shift food cart working detail. I'm requesting that I be paid for working within the Cook County Dept. of Corrections. Also be granted the payment of monies owed to me for the weeks I didn't get paid while working the 7-3 shift food cart. Dating back from 9/14/12 to 1/1/13.

| INMATE SIGNATURE *(Firma Del Preso)*: | INMATE PRINTED NAME *(Nombre Del Preso)*: DETAINEE: NEWTON 2012-1008130 | INMATE ID# *(# de identificación del Preso)*: #2012-0915086 |
|---|---|---|

*Charles Starnes*

█████████████████████████████████████

| C.R.W. *(Firma)*: V. Butler | SIGNATURE: V. Butler | DATE: 1/03/13 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE *(Print)*: | SIGNATURE: | DATE: |
| SUPERINTENDENT/DIRECTOR/DESIGNEE *(Print)*: | SIGNATURE: | DATE: |



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

| | |
|---|---|
| ☒ GRIEVANCE | ☐ NON-GRIEVANCE (REQUEST) |

CONTROL # **2013X0802**

**! This section is to be completed by Program Services staff - ONLY ! (! Para ser llenado solo por el personal de Program Services !)**

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☑ SUPERINTENDENT: **DIV 9**

☐ OTHER: _____

**INMATE INFORMATION** (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso): **STARNES**

PRINT - FIRST NAME (Primer Nombre): **CHARLES**

ID Number (# de Identificación): **#2012-0825201**

DIVISION (División): **DIV. 9**

LIVING UNIT (Unidad): **3C-3361**

DATE (Fecha): **3/13/13**

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso)

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:  Date of Incident — Time of Incident — Specific Location of Incident
(Por Favor, Incluya:  Fecha Del Incidente — Hora Del Incidente — Lugar Específico Del Incidente)

This is the (3RD) third grievance I've filed concerning my payroll for working the 7-3 shift Food Cart detail. Under the authority of the Cook County Sheriff (Mr. Tom Dart) and the supervision of his colleague Superintendent Mr. Thomas. I've been working in Division 9 (Super Maximum Security) facility performing the duties of the 07-3 shift Food Cart since approximately September 4, 2012. I've worked for several officers from the past to this present date~ Ofc. Killion, Ofc. L. Davis, Ofc. Jordan, Ofc. Dablinski, Ofc. A. Smith, Ofc. Crawford, Ofc. Slattum, and Ofc. Ruiz just to name a few. There have been several weeks I've went without being paid for performing my work in labor services. I have "Exhibits" attached to corroborate and certobarate that complaint I'm filing.

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitado):
All I'm requesting is to be paid my back pay for my working labor services that I earned. And for the Trust Fund Office within the Cook County Department of Corrections to credit my back pay to my account as soon as possible. Thank You Very Much!

NAME OF STAFF or INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información:)
The Officers Names I stated within this Grievance.

INMATE SIGNATURE (Firma del Preso):
Charles Starnes

**SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW/PLATOON COUNSELOR (Print): **V. Butler**

SIGNATURE: **V. Butler**

DATE CRW/PLATOON COUNSELOR RECIEVED: **3/15/13**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED: ___/___/___

(FCN-47)(NOV 11)  (WHITE COPY – PROGRAM SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

INMATE GRIEVANCE (REQUEST)

CONTROL #
**2013X0802**

## INMATE INFORMATION

INMATE LAST NAME *(Apellido del Preso)*: Starnes

INMATE FIRST NAME *(Primer Nombre)*: Charles

ID Number *(# de Identificación)*: 2012025201

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
### (EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: Detainee alleges denial of Back pay for previous weeks he already worked

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): Supt Div 9

DATE REFERRED: 3/15/13

RESPONSE BY PERSONNEL HANDLING REFERRAL: DETAINEES ARE PAID FOR THE WEEKS THAT ARE DOCUMENTED BY PAYROLL SHEETS. IF YOU ARE NOT ON THE SHEET YOU WILL NOT GET PAID

PERSONNEL RESPONDING TO GRIEVANCE (Print): Cindy Rice

SIGNATURE: Cindy Rice 27

DIV./DEPT.: 9

DATE: 3/25/13

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

DIV./DEPT.:

DATE: /a/

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box)*:
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso)*: Charles Starnes

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 3/29/13

## INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* 3/29/13

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)* As being a Detainee I don't have any control over payroll sheets. Also if any of the Officers names pertained within my grievance were interviewed then it will be proven I have been working since approx. September of 2012 and it was proven by the staff.

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*
Yes *(Si)* ☐  No ☒

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)* Decision Stands

ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a))*: Theresa Olson

SIGNATURE *(Firma del Administrador o/su Designado(a):)*:

DATE *(Fecha)*: 4-3-13

INMATE SIGNATURE *(Firma del Preso)*: Charles Starnes

DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibió respuesta a su apelación)*: 4/5/13

(FCN-48)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – C.R.W./PLATOON COUNSELOR)   (PINK COPY – INMATE)

# Notes IV. STATEMENT OF CLAIM:

## CLAIM THREE
## III. MEDICAL (HEALTH CARE) TREATMENT and MEDICATION

I'm currently incarcerated in the Cook County Department of Corrections as a pre-trial detainee awaiting trial. I've been detained in the Cook County Department of Corrections in various divisions under the authority of Tom Dart (Sheriff) and directions of John Murphy (Director) from August 25, 2012 to this present date.

I'm presently detained in the Cook County Department of Corrections within Division 5 under the authority of Tom Dart (Sheriff), by directions of John Murphy (Director), and through the supervision of Tyrone Evershart (Superintendent of Div. 5) from May 2, 2013 to this present date.

While being detained in the Cook County Department of Corrections as a pre-trial detainee awaiting trial under the authority of Tom Dart (Sheriff) and directions of John Murphy (Director) I was denied Medical treatment as well as deprived of prescribed medication(s). The denial of Medical treatment and the violation of my right to Medical treatment as a pre-trial detainee occurred through Cermak Health Services. Since the Cermak Health Services is located within the Cook County Department of Corrections and this department being under the authority of the C.C.D.O.C I'm bringing my complaint against Tom Dart (Sheriff), John Murphy (Director), and the Cermak Health Services department. Especially since the Sheriff (Tom Dart) and Director (John Murphy) is responsible for my safety and well being while I'm being detained in the Cook County Department of Corrections.

My complaint go as follows regarding the violation of my right to Medical treatment.

When I was in society I attended appointments at Stroger Hospital for the purpose of having

(CLAIM THREE ~ PAGE 1)

surgery for a injury I suffered. Once I became incarcerated I informed the doctors at Cermak Health Services about my pending appointments at Stroger Hospital for plastic surgery. The doctors in return sent a referral to Stroger Hospital notifying them of me being incarcerated for my scheduled appointments could continue. Eventually I was taken from the Cook County Department of Corrections to Stroger Hospital through Cermak Health Services via Cook County Sheriff transport to attend a appointment at the plastic surgery clinic. After being evaluated and assessed by the plastic surgery specialist doctors I was then scheduled to have surgery. But before having the surgery by the plastic surgeon specialist doctors they referred me to the E.N.T (Ear, Nose, and Throat) specialist doctors to be evaluated and assessed before having the surgery. Being that the surgery I'm going to have performed is my neck area the plastic surgery specialist doctors wanted clearance by the E.N.T specialist doctors to make sure it wouldn't be a problem to sedate me and if need be incubate me. So I was referred to the E.N.T specialists by the plastic surgery specialist and soon after I was being taken to the plastic surgery clinic as well as the E.N.T specialist clinic by the Cook County Sheriff transport through Cermak Health Services department to Stroger Hospital an outside hospital.

While being screened by the E.N.T specialist doctor (Dr. Brenin) I expressed to her that I was experiencing a medical problem with my right ear. So the doctors examined my ear and prescribed me some medication to help improve my ear condition. In which my ear condition consisted of me feeling extreme pressure and pain in my inner ear canal. And at times it would be very difficult for me to hear out of my right ear. In any event, the doctor (Dr. Brenin) prescribed me the medication for my ear. The doctor typed the prescription on the computer (in which Cermak Health Services share the same database on the computer as Stroger Hospital) and hand wrote the prescription to put in my medical packet which comes back to Cermak Health Services when I'm returned back to the Cook County Department of Corrections from the outside hospital. I attended the E.N.T specialist appointment on August 22, 2013 at Stroger Hospital and this is the date in which the doctor (Dr. Brenin) wrote the prescription for the

medication for my ear.

Once I returned back to the premises of the Cook County Department of Corrections from the outside hospital (Stroger Hospital) I was taken to Cermak Health Services. I then informed one of the assigned officers (R/o) at Cermak Health Services about the prescribed medication. This officer advised me that I would see a Medical Doctor (M.D) to be evaluated and cleared before I return back to General Population (G.P) by me just returning from an outside hospital. I could then tell the Medical Doctor about the medication prescribed to me from the E.N.T specialist doctor. Well I never seen a Medical doctor on this date and I was sent back to my assigned division without being evaluated and cleared physically in person.

After being back in my assigned division and after a few days went by I didn't get my pre-scribed medication. So I filled out (2) two medical health service request forms stating; "I am NOT getting my prescribed medication". To no avail initially I wasn't seen at the dispensary where I'm currently located in Division 5 or by Cermak Health Services concerning my prescribed medication. But once the dispensary did get around to seeing me one of the paramedics in the dispensary told me they didn't see or have on file where I was prescribed some medication for my ear. So I waited some more time to see if someone would catch the mistake and correct the error but still nobody did. This is when I filed a grievance on the incident.

I filed a Inmate Grievance form on September 19, 2013 concerning my complaint about me not getting my prescribed medication from the E.N.T specialist doctor for my ear. And due to their gross negligence my medical condition (ear) has gotten worse over the weeks. I was denied my medication and my right to Medical treatment was violated because I still wasn't seen by a Doctor here at the Cook County Department of Corrections through Cermak Health Services for my ear condition.

Once I was called to hear the merits of my Inmate Grievance Form I had a paramedic blatantly tell me and I quote; "Do you think you special or something? Here it is you complaining about not getting your medication or seeing a doctor and I have to pay a lot of money on the streets to get medical treatment. You better be glad you went and

seen the plastic surgery specialist. Also stop complaining about not seeing the E.N.T specialist or getting your medication. Because you not the only person locked up in this jail. And truthfully, all of you inmates, need to be paying to see a doctor like we do." unquote.

While waiting on a response from Cermak Health Services to my Inmate Grievance Form I ended up attending another scheduled appointment to the E.N.T specialist clinic on September 26, 2013. At this appointment I was seen by Dr. Friscida and I told her about my appointment with Dr. Brenin and the medication prescribed to me along with me not receiving the medication. Also I told Dr. Friscida about how over at Cermak Health Services in the Cook County Department of Corrections stated they didn't see on the computer or on my medical packet where I was prescribed some medication. So the doctor pulled it up on the computer screen and showed me as well as the report Dr. Brenin wrote when she prescribed me the medication.

Dr. Friscida asked me was my ear still bothering me and I said yes along with it has gotten worses. In return she said that I would have to take the medicine for they could see what it does before they do something else. Also Dr. Friscida wrote the prescription again and told me that all they can do is write the prescription and it's up to the Cook County Department of Corrections and Cermak Health Services to distribute the medication. Reason being that pre-trial detainees are not allowed to be given medication from outside hospitals due to a certain medication might be prohibited in the C.C.D.O.C.

Once Dr. Friscida wrote the prescription again I returned back to the Cook County Department of Corrections through Cermak Health Services and still didn't get seen by a Medical Doctor to be evaluated and cleared to return back to General Population. Then ironically all of a sudden after I attended an appointment at Stroger Hospital at the E.N.T specialist clinic on September 26, 2013 and after filing the Inmate Grievance Form about me not getting my prescribed medication. The medication shows up to me on September 29, 2013 over a month late from when it was prescribed on

August 22, 2013.

"Very, Very, Very Important Note:" Someone or Somebody at Cermak Health Services tried to cover up their negligence and violating my rights to Medical treatment. How do I know it's a cover up? Because whoever that Someone or Somebody is that processed my prescription for my medication tried to make it seem as though the medicine was prescribed for me when I attended my appointment at Stroger Hospital for the E.N.T specialist clinic on September 26, 2013 for the first time. Whereas it is already in the computer showing that the medicine "was not" prescribed for the first time on September 26, 2013. Because you have my appointment at Stroger Hospital for the E.N.T specialist clinic on August 22, 2013 where I seen Dr. Brenin and her log in code on the computer verifies her notes she documented this date and shows this is the first date the medication was prescribed for me. So it is very disturbing to me that someone or somebody would go to the extent to try and cover up where they were negligence in order not to be held liable for their short fall in departmental policy. It's a proven fact through the computer system from the appointments at Stroger Hospital for my E.N.T appointments that my medication was prescribed for me on August 22, 2013 and it took over a month for Cermak Health Services to give me my medicine less known have me see a doctor through their department. It took me to have to attend another appointment at Stroger Hospital for the E.N.T specialist clinic before I finally received the medicine for my ear. And this negligence and delay have made my medical condition (Ear) worse to this present date.

## V.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

REGARDING CLAIM THREE (III) RELIEF: I want the Defendants Tom Dart (Sheriff), John Murphy (Director), and Cermak Health Services to be held accountable and liable for their gross negligence of violating my right to medical treatment as well as depriving me of receiving my medication. Held accountable and liable for taking short cuts around the corner for pre-trial detainees returning back from an outside hospital. Instead of following departmental policy, procedures, and protocol for pre-trial detainees returning back from outside hospitals. Lastly, to be compensated for the damage to my health (ear) I suffered

## VI.    The plaintiff demands that the case be tried by a jury. ☐ YES   ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __OCT.__ day of __22__, 20__13__

_Charles Starnes_

_Brian Ashcroft_

(Signature of plaintiff or plaintiffs)

CHARLES STARNES

(Print name)

# 20120825201

(I.D. Number)

COOK COUNTY DEPARTMENT OF CORRECTIONS

2650 S. CALIFORNIA AVE.

CHICAGO, ILLINOIS 60608

(Address)

6

Revised 9/2007

Pg 1/2 (19)

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

## COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

### INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

CONTROL # 2013 X 4046

**! This section is to be completed by Program Services staff - ONLY !  (! Para ser llenado solo por el personal de Program Services !)**

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☒ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| STARNES | CHARLES | # 2012-0825201 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|
| DIVISION 5 | TIER 2K / CELL 11-2 | 9 / 19 / 13 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o la respuesta es insatisfactoria.

PLEASE INCLUDE:   Date of Incident   –   Time of Incident   –   Specific Location of Incident
(Por Favor, Incluya:   Fecha Del Incidente   –   Hora Del Incidente   –   Lugar Específico Del Incidente)

(PART I of II)

Four weeks ago from today (August 22, 2013) I attended a scheduled appointment at Stroger Hospital to be examined by the E.N.T (ear, nose, and throat) specialist. Upon the completion of this examination the E.N.T specialist doctor (Dr. Brenn) prescribed me some medication for my earwax (Note: The medication consisted of a nasal solution named Fluniside Nasal Solution to treat the earwax.) Once I returned back to the premises of the Cook County Department of Corrections from the outside hospital I was taken to Cermak Health Services. Where I informed one of the assigned officers (R.O) about the prescribed medication. The officer assured me that I would see a Medical doctor (M.D) to be evaluated and given the medication prior to me going back to General Population (G.P). And I went to the Medical Doctor about the medication prescribed for me. Still they never seen a Medical Doctor on that date and I was sent back to...

**ACTION THAT YOU ARE REQUESTING** (Acción que usted está solicitando):

I'm requesting to be given a "copy" of the protocol and/or mandate set forth for Pre-Trial Detainees returning back from an outside hospital (H.P) back to C.C.D.O.C (Cermak). And to be given the prescribed medication that was prescribed for me by the E.N.T doctor specialist while this late being delivered to me.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información): | INMATE SIGNATURE (Firma del Preso): |
|---|---|
| Dr. Brennin (E.N.T Specialist) at Stroger Hospital | Charles Starnes |

**SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| A. Burrell | A. Burrell | 10/1/13 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | ___/___/___ |

(FCN-47)(NOV 11)   •━━•   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

P9  2/2

☑ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**
2013X4046

**! This section is to be completed by Program Services staff - ONLY !** (! Para ser llenado solo por el personal de Program Services !)

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

Program Services Supervisor Approving Non-Grievance (Request) Signature

**REFERRED TO:**

☑ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

**INMATE INFORMATION** (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso): **STARNES**

PRINT - FIRST NAME (Primer Nombre): **CHARLES**

ID Number (# de identificación): **#2012-0825201**

DIVISION (División): **DIVISION 5**

LIVING UNIT (Unidad): **TIER 2K / CELL 11-2**

DATE (Fecha): **9, 19, 13**

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", y sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: · Date of Incident — Time of Incident — Specific Location of Incident
(Por Favor, Incluya: Fecha Del Incidente — Hora Del Incidente — Lugar Específico Del Incidente)

(PART II OF II) To my assigned division. Where I filled out two (2) medical health service request forms stating: "I am NOT getting my prescribed medication." But to no avail I still haven't been seen at the dispensary where I'm currently located (Division 5) or by Cermak Health Services concerning my prescribed medication. And of this date I still haven't received my prescribed medication in which the E.N.T. specialist doctor prescribed for me. With my complaint being made known - I'm grieving the following issues. The Part of Cermak Health Services DID NOT follow the proper protocol [Mak] in a change in person evaluation and clearance of me before continuing back to my assigned division after I returned from an outside hospital (Stroger). The Part of the dispensary in my assigned division has failed to acknowledge the medical health service request forms I submitted. And due to both these departments neglecting my medical condition (EN) has worsened over the weeks.

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitado): I'm requesting to be given a "copy" of the protocol and/or mandate set forth for Pre-Trial Detainees returning from an outside hospital back to C.C.D.O.C (Cermak). And to be given the prescribed medication that was prescribed for me by the E.N.T. doctor specialist which is late being administered to me.

NAME OF STAFF OR PRISONER(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información): Dr. Brennin (E.N.T. SPECIALIST) at STROGER HOSPITAL

INMATE SIGNATURE (Firma del Preso): Charles Starnes

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): T. Burch

SIGNATURE: 

DATE CRW/PLATOON COUNSELOR RECIEVED: 10, 1, 13

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED: ___/___/___

(FCN-47)(NOV 11)

(WHITE COPY – PROGRAM SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)



COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☑ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

CONTROL # 2013 x 3419

| This section is to be completed by Program Services staff - ONLY | *(¡ Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):* **STARNES**

PRINT - FIRST NAME *(Primer Nombre):* **CHARLES**

ID Number *(# de identificación):* **# 2012-0825201**

DIVISION *(División):* **DIVISION 5**

LIVING UNIT *(Unidad):* **TIER K-2 / CELL U-2**

DATE *(Fecha):* **08, 29, 13**

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:  Date of Incident –  Time of Incident –  Specific Location of Incident
*(Por Favor, Incluya:  Fecha Del Incidente –  Hora Del Incidente –  Lugar Específico Del Incidente)*

I have an urgent Medical Issue involving my teeth. I've submitted several/ numerous Health Request forms to be seen by the dental department. Based upon my Health Request forms I've been scheduled via appointments to be seen by the dental department. However, every time my appointment arrives, I end up getting rescheduled for reasons unknown to me. I've been waiting since May of 2013 to see the dentist. I was scheduled for an appointment on June 27, 2013 that got cancelled. I was scheduled for an appointment as of today which has been cancelled for reasons unknown to me. My Dental Emergency is ~ I have a cracked tooth that constantly bleeds due to trauma I suffered to the tooth. And it hurts bad when something cold touches it like the nerve is exposed.

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitado):*

The actions I'm requesting is to been seen by the Dental Department for my problem. And to be informed of the outlook of what constitutes a Dental Emergency to be seen.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información):* **SUNITA B WILLIAMSON M.D / MEDICAL STAFF OF DIV. 5**

INMATE SIGNATURE *(Firma del Preso):* **Charles Starnes**

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): **H Burrell**

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED: **9.3.13**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED: ___/___/___

(FCN-47)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Aguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso/Respuesta/Forma de Apelación)

CONTROL #

2ND X 3419

### INMATE INFORMATION

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| Starnes | Charles | 2012X03201 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: Dental Treatment

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): Cermak

DATE REFERRED: 9/3/13

RESPONSE BY PERSONNEL HANDLING REFERRAL:

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | 08 | 9/3/13 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | | DIV./DEPT. | DATE: |
|---|---|---|---|

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE (Firma del Preso): | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: _____ <br> ☐ NON-GRIEVANCE SUBJECT CODE: _____ | | 9/24/13 |

### INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del detenido:) _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL: (Base del detenido para una apelación:)

| ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? <br> (¿ Apelación del detenido aceptada por el administrador o/su designado(a)?) | Yes (Si) ☐ | No ☐ |
|---|---|---|

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decision o recomendación por parte del administrador o/su designado(a):)

| ADMINISTRATOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a):) | DATE (Fecha): <br> ___ / ___ / ___ |
|---|---|---|

| INMATE SIGNATURE (Firma del Preso): | DATE INMATE RECEIVED APPEAL RESPONSE (Fecha en que el preso recibio respuesta a su apelación;) <br> ___ / ___ / ___ |
|---|---|

(FCN-48)(NOV 11)          (WHITE COPY – PROGRAM SERVICES)          (YELLOW COPY – C.R.W./PLATOON COUNSELOR)          (PINK COPY – INMATE)

## V. RELIEF (CONTINUED):

REGARDING CLAIM ONE (I) RELIEF: During the process of this honorable court reviewing my claims I want for the court to authorize an independent agency outside of the Cook County Department of Corrections or the authorized agency who is responsible to regulate the Cook County Department of Corrections to investigate not only how this claim affects myself but how it affects other pre-trial detainee's who are being detained in the Cook County Department of Corrections awaiting trial. This independent agency or authorized agency can then witness first hand to the validity and truth in this claim.

REGARDING CLAIM TWO (II) RELIEF: During the process of this honorable court reviewing my claims I want for the court to authorize an independent agency outside of the Cook County Department of Corrections or the authorized agency who is responsible to regulate the Cook County Department of Corrections to investigate not only how this claim affects myself but how it affects other pre-trial detainee's who are being detained in the Cook County Department of Corrections awaiting trial. This independent agency or authorized agency can then witness first hand to the validity and truth in this claim.

REGARDING CLAIM THREE (III) RELIEF: During the process of this honorable court reviewing my claims I want for the court to authorize an independent agency outside of the Cook County Department of Corrections or the authorized agency who is responsible to regulate the Cook County Department of Corrections to investigate not only how this claim affects myself but how it affects other pre-trial detainee's who are being detained in the Cook County Department of Corrections awaiting trial. This independent agency or authorized agency can then witness first hand to the validity and truth in this claim.